IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

FILED
99 MAR 10 AM 10: 39
U.S. DISTRICT COURT
N.D. OF ALABAMA

STEVEN DEWAYNE HORTON,            )
                                  )
        Plaintiff,                )
                                  )
vs.                               )   CV 98-S-3124-NW
                                  )
JACKSON COUNTY JAIL, SHERIFF      )
MIKE WELLS, OZELLE F. BROWN,      )
and SERGEANT DOUG BOWMAN,         )
                                  )
        Defendants.                )

ENTERED
MAR 10 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 9, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 10th day of March, 1999.

UNITED STATES DISTRICT JUDGE